

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
02/05/2018

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 16-32488 |
| SANDRIDGE ENERGY, INC., *et al* | § | CHAPTER 11 |
| | § | |
| Debtor(s). | § | DAVID R. JONES |
| | § | |
| BAKER FARMS, INC., *et al* | § | |
| | § | |
| Plaintiff(s), | § | |
| | § | |
| vs. | § | ADVERSARY NO. 16-3223 |
| | § | |
| SANDRIDGE E&P, LLC | § | |
| | § | |
| Defendant(s). | § | |

## FINAL JUDGMENT
(Docket No. 1)

For the reasons set forth in the Court's Memorandum Opinion entered this date, the Court grants declaratory relief as follows.

1. The plaintiffs are bound by the confirmed plan in the main bankruptcy case. As such, they are prohibited from (i) continuing to litigate; or (ii) commencing new litigation concerning the claims that are the subject of this adversary proceeding.

2. This is a final judgment.

3. All other relief is denied.

**SIGNED: February 5, 2018.**

_____
DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE