

ENTERED
02/15/2019

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| SANDRIDGE ENERGY, INC., *et al.*,[1] | § | Case No. 16-32488 (DRJ) |
| | § | |
| Reorganized Debtors. | § | Jointly Administered |
| | § | |
| *Baker Farms, Inc. and Steven T. Bouziden Revocable Trust, Steven T. Bouziden, Trustee,* | § | |
| | § | |
| Royalty Owners, | § | Adv. No. 16-03223 |
| | § | |
| v. | § | |
| | § | |
| *SandRidge Exploration and Production, LLC,* | § | |
| | § | |
| Reorganized Debtor. | § | |

## STIPULATION AND AGREED ORDER DISMISSING ADVERSARY PROCEEDING
(Docket No. 49)

This Stipulation and Agreed Order ("Stipulation") is entered into this 12th of February, 2019, between Defendant SandRidge Exploration and Production, LLC and Plaintiffs Baker Farms Inc. and Steven T. Bouziden, Trustee, who stipulate and agree as follows.

WHEREAS, Plaintiffs and Defendant have agreed to dismiss this above-captioned adversary proceeding without prejudice;

---

[1] The Reorganized Debtors in these chapter 11 cases, along with the last four digits of each Reorganized Debtor's federal tax identification number, include: SandRidge Energy, Inc. (4793); 4th Street Properties, LLC (N/A); Black Bayou Exploration, L.L.C. (0561); Braniff Restaurant Holdings, LLC (2453); CEBA Gathering, LLC (6478); CEBA Midstream GP, LLC (0511); CEBA Midstream, LP (7252); Cholla Pipeline, L.P. (5092); Cornhusker Energy, L.L.C. (4609); FAE Holdings 389322R, LLC (N/A); Integra Energy, L.L.C. (7527); Lariat Services, Inc. (0702); MidContinent Resources, LLC (6928); Mistmada Oil Company, Inc. (3032); Piñon Gathering Company, LLC (5943); Sabino Exploration, LLC (1929); Sagebrush Pipeline, LLC (0515); SandRidge CO2, LLC (7903); SandRidge Exploration and Production, LLC (6535); SandRidge Holdings, Inc. (8401); SandRidge Midstream, Inc. (1148); SandRidge Operating Company (1245); SandRidge Realty, LLC (6079); Sierra Madera CO2 Pipeline, LLC (1558); and WTO Gas Gathering Company, LLC (N/A). The location of the Reorganized Debtors' service address is: 123 Robert S. Kerr Avenue, Oklahoma City, Oklahoma 73102.

1

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, AND UPON APPROVAL BY THE BANKRUPTCY COURT OF THIS STIPULATION, IT IS SO ORDERED as follows:

1. The above-captioned adversary proceeding is hereby dismissed, without prejudice, without costs or attorneys' fees to any party, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and Rule 7041 of the Federal Rules of Bankruptcy Procedure.

Stipulated and agreed by:

Dated: February 12, 2019               Respectfully Submitted,

*/s/ Charles Rubio*
Charles Rubio
State Bar No. 24083768
SDOT No. 2108915
crubio@diamondmccarthy.com
Christopher R. Murray
State Bar No. 24081057
SDOT No. 1305742
cmurray@diamondmccarthy.com
909 Fannin Street, Suite 1500
Houston, Texas 77010
DIAMOND McCARTHY LLP
Telephone:   (713) 333-5100
Facsimile:    (713) 333-5199

- and -

Rex A. Sharp
State Bar No. 18118800
rsharp@midwest-law.com
5301 W. 75th Street
Prairie Village, Kansas 66208
REX A. SHARP, P.A.

*Counsel for Baker Farms, Inc. and Steven T. Bouziden Revocable Trust, Steven T. Bouziden, Trustee*

/s/ Mark McKane, P.C.
Zack A. Clement (Texas Bar No. 04361550)
**ZACK A. CLEMENT PLLC**
3753 Drummond Street
Houston, Texas 77025
Telephone:    (832) 274-7629
Email:            zack.clement@icloud.com

- and -

Mark McKane, P.C. (admitted *pro hac vice*)
Michael P. Esser (admitted *pro hac vice*)
Kevin K. Chang (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
555 California Street
San Francisco, California 94104
Telephone:    (415) 439-1400
Facsimile:     (415) 439-1500
Email:            mark.mckane@kirkland.com
                     michael.esser@kirkland.com
                     kevin.chang@kirkland.com

- and -

Steven N. Serajeddini (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:     (312) 862-2200
Email:            steven.serajeddini@kirkland.com

*Counsel for the Reorganized Debtors*

SO ORDERED this __ day of _____, 2019:

**Signed:  February 14, 2019.**

_____
**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**

3